UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 18, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

JENNIFER ALLAN

                v.           CASE NUMBER: 2:01-cv-2231 GEB KJM

CITY OF MARYSVILLE, et al

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT GARY CUMMINGS IN ACCORDANCE WITH THE COURT'S ORDER OF APRIL 6, 2005; IN FAVOR OF DEFENDANTS WILLIAM MCPHERSON, SEAN ROBERTS, CITY OF MARYSVILLE AND MICHAEL BOYD IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 23, 2004; AND IN FAVOR OF DEFENDANTS MICHAEL STOUT, CURTIS SNYDER AND CHRIS S. SACHS IN ACCORDANCE WITH THE COURT'S ORDER OF MARCH 23, 2005.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   April 18, 2005

by:  /s/D. Marcotte
D. MARCOTTE, Deputy Clerk