IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JENNIFER ALLAN,                 )
                                )   NO. CV S-01-2231 GEB GGH
                Plaintiff,      )
                                )
          v.                    )
                                )   ORDER
CITY OF MARYSVILLE, et al.,     )
                                )
                Defendants.     )
                                )
```

        Plaintiff's request for a continuance of the motion Defendants filed on April 18, 2005, is denied.  Defendants oppose the request.  The basis of the request is twofold:  Plaintiff argues her counsel will not be able to attend the May 31, 2005, scheduled hearing on the motion and Plaintiff's counsel will not have reasonable access to a law library or the file in this case until he completes a trial in Southern California.

        The first basis is not a reason for the continuance because the motion is determined to be suitable for decision without oral argument.  L.R. 78-230(h).  The second basis is an unsupported conclusory assertion, and therefore is insufficient to justify the requested continuance.

1         Accordingly, the request is denied.

2         IT IS SO ORDERED.

3  Dated:  May 6, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge